ROMEO ROSANO and TONY MARTINO, Copartners, etc., Respondents, v. HADLEY HOME BUILDERS, INC., and Another, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

LOUIS E. SCOLL, Respondent, v. NATIONAL WEARWELL CORPORATION and Others, Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

STANDARD IMPROVEMENT CORPORATION OF WESTCHESTER COUNTY, Respondent, v. VILLAGE OF ARDSLEY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

PAUL H. WENDEL, Respondent, v. HAROLD G. HOFFMAN, Appellant, and Others, Defendants.— Motion referred to the court which rendered the decision of March 18, 1940. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ. Motion granted to the extent of amending the decision of this court handed down March 18, 1940 [ante, p. 732], by striking therefrom the provisions granting to appellant costs and disbursements; and order resettled accordingly. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

CATHERINE AGNITSCH, Respondent, v. ANNA REMLINGER, Individually, and as Administratrix, etc., of GEORGE REMLINGER, Deceased, Appellant.— Action to recover the proceeds of two policies of life insurance which are claimed by both the plaintiff and the defendant, the insurance company, pursuant to a court order, having deposited the said proceeds with the city treasurer. Order granting plaintiff's motion to strike the first and second affirmative defenses from the amended answer and granting leave to defendant to serve a second amended answer upon payment of ten dollars costs affirmed, with ten dollars costs and disbursements. No opinion. Defendant may serve a new pleading within ten days from the entry of the order hereon upon payment of the motion costs awarded at Special Term and the costs and disbursements awarded in this court. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.